JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCISCO ALMANZA,<br><br>  Defendant. | Case No. CV 22-0184 FMO (AGRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT plaintiff's ADA claim is dismissed with prejudice and the state claims are dismissed without prejudice.

Dated this 3rd day of May, 2022.

/s/
Fernando M. Olguin
United States District Judge